**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

MAURICIO E. ZAVALA ARTIEGA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

              **Plaintiff,**

              -against-

GRIFFIN ORGANICS, INC., GRIFFIN'S LANDSCAPING CORP., HILLTOP NURSERY AND GARDEN CENTER, INC., and GLENN GRIFFIN,

              **Defendants.**

**Case No.** 7:16 CV 6613 (LMS)

**NOTICE OF PLAINTIFF'S MOTION TO COMPEL ARBITRATION AND TO ENFORCE THE SETTLEMENT AGREED UPON BY THE PARTIES**

-----------------------------------------------------------------

      Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiff, by his undersigned attorneys, hereby moves for an Order (i) staying the case and compelling Defendants to submit to binding arbitration before Martin F. Scheinman, Esq., as required under the executed Term Sheet and thereafter (ii) judicial enforcement of the Term Sheet, in view of, and with deference to Mr. Scheinman's arbitral decision regarding same.

Dated: New York, New York

      September 29, 2017

Respectfully submitted,

LEE LITIGATION GROUP, PLLC

By:   /s/ C.K. Lee
C.K. Lee, Esq. (CL 4086)
Anne Seelig (AS 3976)
Taimur Alamgir (TA 9007)
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: (212) 465-1188
Fax: (212) 465-1181

*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*