UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEE O'CONNELL,

                              **ORDER**

            **Plaintiff,**

                              18CV10546 (CS)(LMS)

   -against-

NANCY A. BERRYHILL,

           **Defendant.**
-----------------------------------------------------------------X

**LISA MARGARET SMITH, United States Magistrate Judge**

      On December 27, 2018, this action was stayed pursuant to Standing Order M10-468. Docket # 8. That stay was lifted at the end of January, 2019.

      Accordingly, the Court hereby orders as follows: (1) Defendant shall serve and file the Electronic Certified Record (e-CAR) within 90 days of the date of this order; (2) within 60 days of the date on which the e-CAR is filed, Defendant shall serve and file a motion for judgment on the pleadings; (3) Plaintiff shall serve and file his opposition within 60 days of the service and filing of Defendant's motion; and (4) Defendant shall serve and file her reply, if any, within 21 days thereafter.

Dated: White Plains, New York
        April 2, 2019

                                                SO ORDERED,

                                                _____
                                                Lisa Margaret Smith
                                                United States Magistrate Judge
                                                Southern District of New York