UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURICIO E. ZAVALA ARTIEGA, on behalf of himself, FLSA Collective Plaintiffs and the Class,

Plaintiff,

- against -

GRIFFIN ORGANICS, INC., GRIFFIN'S LANDSCAPING CORP., HILLTOP NURSERY AND GARDEN CENTER, INC., and GLENN GRIFFIN,

Defendants.

16CV6613 (LMS)

ORDER

LISA MARGARET SMITH, U.S.M.J.

Defendants' letter motion for an extension of time to file a pre-motion application for reconsideration of the Court's December 27, 2019, Order (Docket # 118), as well as the pre-motion application itself, attached as Exhibit A thereto, are **DENIED**. Defendants do no more than raise the same arguments that they have raised repeatedly and that have been rejected by this Court. **Defendants shall comply with the December 27, 2019, Order in its entirety.** As that Order states, "This obstructive behavior must end."

Dated: January 17, 2020
White Plains, New York

SO ORDERED,

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

A copy of this Order has been mailed to:

Martin F. Scheinman, Esq.
38 Arden Lane
Sands Point, NY 11050