UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| ZAVALA ARTIEGA, | : | ORDER |
| Plaintiff(s), | : | |
| -against- | : | 16 Civ. 6613 (LMS) (LMS) |
| GRIFFIN ORGANICS, INC., et al., | : | |
| Defendant(s) | : | |

-----------------------------------------------------------x

Counsel for both parties are hereby directed to notify the undersigned within three (3) business days whether the Order entered at DE 117 has been complied with, and whether the requisite meeting with the arbitrator has occurred.

Dated: June 25, 2020
      White Plains, New York

**SO ORDERED**

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York