UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAURICIO E. ZAVALA ARTIEGA, on behalf of
himself, FLSA Collective Plaintiffs and the Class,

                          Plaintiff,                        **ORDER**

              -against-                        16 Civ. 6613 (AEK)

GRIFFIN ORGANICS, INC., GRIFFIN'S
LANDSCAPING CORP., HILLTOP NURSERY
AND GARDEN CENTER, INC., and
GLENN GRIFFIN,

                          Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.[1]**

On August 12, 2020, the parties informed the Court that they had "secured an arbitration date with Martin Scheinman for October 5, 2020." ECF No. 126. The Court hereby directs counsel to provide a further status update by no later than November 12, 2020.

Dated: November 5, 2020
       White Plains, New York

                                                       **SO ORDERED.**

                                                        ANDREW E. KRAUSE
                                                        United States Magistrate Judge

---

[1] This case was reassigned to the undersigned on October 15, 2020.